

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00049-CV

**IN THE INTEREST OF J.R.L. AND V.R.L., MINOR CHILDREN**

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2016CVG000221-C1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before **November 12, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk